IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MORGAN HANUSOWSKI
#556211                                                                    PLAINTIFF

v.                          No. 3:20-cv-273-DPM

KEITH BOWERS, Captain, Craighead
County Detention Center; and
WILLISTER BLACK, Booking/Corrections
Officer, Craighead County Detention
Center                                                                     DEFENDANT

ORDER

Hanusowski hasn't responded to the recommendation; her mail is being returned undelivered. *Doc. 6.* Unopposed recommendation, *Doc. 5*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hanusowski's complaint, *Doc. 2*, will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2021