IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MORGAN HANUSOWSKI
#556211                                                                                    PLAINTIFF

v.                          No. 3:20-cv-273-DPM

KEITH BOWERS, Captain, Craighead
County Detention Center; and
WILLISTER BLACK, Booking/Corrections
Officer, Craighead County Detention
Center                                                                                     DEFENDANT

## JUDGMENT

Hanusowski's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2021